```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
RYAN PRENDERGAST,                   :

              Plaintiff,            :

        - against -                 :    08 Civ. 6891 (DC)

ANALOG MODULES, INC.,               :

              Defendant.            :
- - - - - - - - - - - - - - - - - -x      ORDER

RYAN PRENDERGAST,                   :

              Plaintiff,            :

        - against -                 :    09 Civ. 3175 (DC)

ROCKWELL AUTOMATION, INC.,          :

              Defendant.            :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

       A pre-trial conference was held July 28, 2009. There being no objection, the two cases will be consolidated for discovery only. All discovery, fact and expert, shall be completed by March 5, 2010, and a pre-trial conference will be held that day at 10 a.m.

       SO ORDERED.

Dated:   New York, New York
          July 30, 2009

                                      DENNY CHIN
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/09